# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00350-CV

### Rickye Henderson, Top & Ball Properties, LLC, and Curtis Meeks, Appellants

### v.

### Ali Arabzadegan, Appellee

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-001138, THE HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' briefs were originally due on July 24, 2023. After this Court granted a motion requesting an extension of time to file their briefs, appellants' briefs were due on August 3, 2023. On September 5, 2023, this Court sent a notice to appellants informing them that their briefs were overdue and that a failure to file a satisfactory response by September 15, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

 

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed: September 29, 2023